## Wednesday, March 15, 1995

## MERIT DOCKET

**94–1894.** State ex rel. Wiley Organics, Inc. v. Indus. Comm. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2078.** State ex rel. Blankenship v. Ohio Adult Parole Auth. In Mandamus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2370.** State ex rel. Dotson v. McAninch. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2414.** Ushery v. Brigano. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2513.** Casey v. Edwards. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2710.** Baker v. State. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–84.** State ex rel. Nelson v. Eighth Dist. Court of Appeals. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–145.** Hayhurst v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–196.** State ex rel. Stevenson v. Anderson. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–212.** Donaldson v. Wood Cty. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–215.** State ex rel. Dines v. Indus. Comm. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–236.** In re Manogg. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–372.** State v. Dick. *Tuscarawas County*, No. 94AP040025. On review of order certifying a conflict. No rule of law upon which an alleged conflict exists has been set forth clearly in the order of the court of appeals certifying a conflict within the meaning of S.Ct.Prac.R. IV and *Whitelock v. Gilbane Bldg. Co.* (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032. This cause is remanded to the court of appeals pursuant to S.Ct.Prac.R. IV(2)(A) for that court to clarify the issue presented and to set forth clearly in its order of certification the rule of law upon which the alleged conflict exists.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER, J., dissents and would accept the certification order for review.